IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| GRADY LANDRETH AND<br>DONNA LANDRETH | §<br>§<br>§ | CIVIL ACTION NO. 1:23-CV-00077 |
| VS. | §<br>§<br>§ | JUDGE MICHAEL J. TRUNCALE |
| ALLSTATE PROPERTY AND<br>CASUALTY INSURANCE COMPANY | §<br>§ | |

### ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal. [Dkt. 13]. The Parties are seeking a dismissal with prejudice as to all claims and causes of action asserted in the above-styled case.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 17th day of May, 2023.**

Michael J. Truncale
United States District Judge